IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DONNA KIJEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 20-cv-408 |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the Plaintiff and Defendant GC Services Limited Partnership ("GC Services") in the above-captioned case have reached settlement. The Plaintiff and GC Services anticipate filing a stipulation of dismissal of this action against GC Services with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated this 27th day of August, 2020.

Respectfully submitted,

*s/ Mark A. Eldridge*
John D. Blythin, SBN 1046105
Mark A. Eldridge, SBN 1089944
Jesse Fruchter, SBN 1097673
Ben J. Slatky, SBN 1106892
**ADEMI & O'REILLY, LLP**
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000
Email: jblythin@ademilaw.com
       meldridge@ademilaw.com
       jfruchter@ademilaw.com
       bslatky@ademilaw.com
**ATTORNEYS FOR PLAINTIFF**